

**CEPSA PANAMA, S.A.**

CALLE 50, TORRE DRESDNER, PISO 6º PANAMA
TEL.: (507) 214-9615   FAX (507) 214-8300
e-mail: bunkers.panama@cepsa.com
RUC. 62860-0104-353354- D. V. 32

| | |
|---|---|
| **FACTURA / INVOICE** | |
| FECHA / DATE | October, 13 2014 |
| NÚMERO | 19116 |
| PÁG. | 1 |

**LUGAR DE SUMINISTRO / PLACE OF SUPPLY:** BALBOA PORT

**DESTINO DE LA MERCANCIA / CONSIGNEE:** TEMARA

**PAÍS DE ORIGEN / COUNTRY OF ORIGIN:** PANAMÁ

**CONDICIONES DE ENTREGA / TERMS OF DELIVERY:** FOB

**VENCIMIENTO / DUE:** November, 08 2014

**CIF / CIF:**

**VENDIDO A / SOLD TO:**
O.W. Bunker USA INC.
2603 AUGUSTA DRIVE, SUITE 400
77057 HOUSTON
UNITED STATES

**CONDICIONES DE PAGO / TERMS OF PAYMENT:** BY TRANSFER VIA SWIFT

| CONCEPTOS / ITEMS | F. SUMIN DELIVERY DATE | ALBARAN REC. NUMBER | NOMIN. NUM. | CANTIDAD QUANTITY TM/KG | CANTIDAD QUANTITY BBL | PRECIO / PRICE | IMPORTE / AMOUNT |
|---|---|---|---|---|---|---|---|
| **BUQUE / VESSEL:   TEMARA** | | | | | | | |
| 471040000 IFO 380 CST | 10/09/2014 | 25156 | 60551520 | 395.346 | TM | 526.00 | 207,952.00 |
| Barge | | | | | | 7500.00 | 7,500.00 |
| Fuel Surcharge | | | | | | 750.00 | 750.00 |
| Pipeline Fee | | | | 2,559.072 | BBL | 0.50 | 1,279.54 |
| Handling Fee | | | | 2,559.072 | BBL | 0.05 | 127.95 |
| Overtime | | | | | | 250.00 | 250.00 |

The payment of this invoice, so as to release the payer from his obligations, shall be mad directly to CEPSA INTERNATIONAL B.V. to whom we have transfered the credit and, consequently, now replace us in terms of collections rights, withim the framework or a factoring relationship. THE INVOICE MUST BE PAID IN FULL. EVERY BANK FEE SHOULD BE PAID BY THE BUYER. Beneficiary Bank: Banco Bilbao Vizcaya Argentaria, Madrid - Spain. USD Account No. 0182 3994 0120 1220 1038. Swift: BBVAESMM . IBAN: ES54 0182 3994 0120 1220 1038, Correspondent Bank: Citibank N.Y. Swift: CITIUS33

| | |
|---|---|
| **SUBTOTAL / SUBTOTAL:** | 217,859.49 |
| **TOTAL / TOTAL:** | 217,859.49 |

FORMAS & ROLLOS, S.A. • R.U.C. 2048571- 1 -747623 D.V. 54 • MAYO/14 • 18801 AL 20800

CLIENTE     Nº 19116

EXHIBIT 4