```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ING BANK N.V.,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :
                                                             :     16-cv-95 (KBF)
M/V TEMARA et al.,                                           :
                                                             :     OPINION & ORDER
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
                                                             :
ING BANK N.V.,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :     16-cv-2051 (KBF)
                                                             :
M/V VOGE FIESTA et al.,                                      :     OPINION & ORDER
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
                                                             :
ING BANK N.V.,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :     16-cv-2923 (KBF)
                                                             :
M/V OCEAN HARMONY et al.,                                    :     OPINION & ORDER
                                                             :
                              Defendants.                    :
                                                             :
-----------------------------------------------------------X
                                                             :
ING BANK N.V.,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 3, 2016

|  |  |  |
|---|---|---|
| M/V MARITIME KING et al., | : | 16-cv-3456 (KBF) |
|  | : |  |
|  | : | OPINION & ORDER |
| Defendants. | : |  |
| ------------------------------------------------------------ | : |  |
|  | : |  |
| ING BANK N.V., | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : | 16-cv-6453 (KBF) |
| -v- | : |  |
|  | : | OPINION & ORDER |
| M/V JAWOR et al., | : |  |
|  | : |  |
| Defendants. | : |  |
| ------------------------------------------------------------X |  |  |

KATHERINE B. FORREST, District Judge:

The Court has reviewed the letters submitted by ING Bank, N.V. ("ING") on October 31, 2016, in each of these matters. (16-cv-95, ECF No. 167; 16-cv-2051, ECF No. 78; 16-cv-2923, ECF No. 90; 16-cv-3456, ECF No. 139; 16-cv-6453, ECF No. 50.) If any party wishes to respond to ING's letter and proposal, they must do so no later than **Tuesday, November 8, 2016**.

SO ORDERED.

Dated:     New York, New York
           November 3, 2016

_____
                 KATHERINE B. FORREST
                 United States District Judge