ORIGINAL

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

WRITER'S DIRECT DIAL:
(212) 574-1448

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

**MEMO ENDORSED**

January 8, 2020

**VIA ECF**

Hon. Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl St., Room 21C
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/20

Re: *ING Bank N.V. v. M/V Temara*, No. 16-cv-95
*ING Bank N.V. v. M/V Voge Fiesta*, No. 16-cv-2051
*ING Bank N.V. v. M/V Jawor*, No. 16-cv-6453

Dear Judge Stanton:

We submit this joint letter on behalf of ING Bank N.V., as Security Agent ("ING Bank"), the M/V Temara, the M/V Voge Fiesta, and the M/V Jawor (collectively, the "Parties") in connection with Your Honor's December 20, 2019 Order setting a scheduling conference for January 15, 2020. Further to the Parties' call to Your Honor's Chambers this morning, the Parties respectfully request an adjournment of that conference to January 27 or 28, 2020 at 3:00 PM.

We thank the Court for its attention to this request.

Respectfully submitted,

Brian P. Maloney

Granted: Jan. 27, 2020 at 3 pm.

Louis L. Stanton
1/8/20