Case 1:16-cv-00095-LLS   Document 247   Filed 06/03/20   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ING BANK N.V.,<br><br>                Plaintiff,<br><br>  - against -<br><br>M/V TEMARA, IMO No. 9333929, her engines, tackle, equipment, furniture, appurtenances, etc. *in rem*<br><br>                Defendant. | Case No. 16 Civ. 95 (LLS) |
| ING BANK N.V.,<br><br>                Plaintiff,<br><br>  - against -<br><br>M/V VOGE FIESTA, IMO No. 9168154, her engines, tackle, equipment, furniture, appurtenances, etc. *in rem*<br><br>                Defendant. | Case No. 16 Civ. 2051 (LLS) |
| ING BANK N.V.,<br><br>                Plaintiff,<br><br>  - against -<br><br>M/V JAWOR, IMO No. 9452608, her engines, tackle, equipment, furniture, appurtenances, etc. *in rem*<br><br>                Defendant. | Case No. 16 Civ. 6453 (LLS) |

**STIPULATION**

WHEREAS, on January 27, 2020 plaintiff ING Bank N.V. ("ING" or "Plaintiff") and defendants M/V TEMARA, M/V VOGE FIESTA, and M/V JAWOR ("Defendants") appeared before this Court for a status conference during which the Court directed that briefing on choice of law applicable to ING's claims shall be filed by Defendants on March 27, 2020, and Plaintiff's opposition to be filed on April 24, 2020; and

WHEREAS on May 21, 2020 this Court So Ordered a Stipulation and Order between the parties extending the above-described briefing to June 3 and July 5, 2020, respectively; and

WHEREAS the parties continue to be engaged in settlement discussions and are hopeful that these actions may be fully and finally resolved in the near term, and in order to avoid unnecessary expense and to promote judicial economy; and

WHEREAS the parties are working through various delays related to settlement negotiations and preparation of legal submissions as a result of the COVID-19 pandemic, resulting office closures and remote working arrangements;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1. The time for Defendants to file their joint brief on the issue of choice of law as previously directed by this Court shall be extended from June 5, 2020 through and including June 19, 2020.

2. The time for Plaintiff to file its opposition to Defendants' brief shall be extended from July 3, 2020 through and including July 17, 2020.

3. This Stipulation may be executed in counterparts which, together, shall constitute one and the same Stipulation.

Dated: New York, New York
       June 3, 2020

By: /s/ Brian Maloney
   Bruce Paulsen
   Brian Maloney
   Laura Miller
   SEWARD & KISSEL LLP
   One Battery Park Plaza
   New York, New York 10004
   Telephone: (212) 574-1200
   E-mail: paulsen@sewkis.com
           maloney@sewkis.com
           millerl@sewkis.com

*Attorneys for Plaintiff ING Bank N.V.*

By: /s/ Michael J. Dehart
   Gina M. Venezia
   Michael J. Dehart
   FREEHILL HOGAN & MAHAR LLP
   80 Pine St., 25th Fl.
   New York, New York 10005
   Telephone: (212) 425-1900
   E-mail: venezia@freehill.com
           dehart@freehill.com

*Attorneys for Defendants M/V JAWOR*

By: /s/ James H. Power
   James H. Power
   Marie E. Larsen
   HOLLAND & KNIGHT LLP
   31 West 52nd Street
   New York, New York 10019
   Telephone: (212) 513-3200
   E-mail: james.power@hklaw.com
           marie.larsen@hklaw.com

*Attorneys for Defendants M/V TEMARA and M/V VOGE FIESTA*

Dated this  3rd  day of June 2020

SO ORDERED.

*Louis L. Stanton*
UNITED STATES DISTRICT COURT JUDGE

3